Chim S. SHEIKH, Plaintiff—Appellant,

v.

7–ELEVEN, Defendant—Appellee.

No. 05–1075.

United States Court of Appeals, Fourth Circuit.

Submitted July 29, 2005.

Decided Sept. 13, 2005.

Anne J.A. Gbenjo, The Gbenjo Law Group, Houston, Texas; Jo Ann P. Myles, Law Office of Jo Ann P. Myles, Largo, Maryland, for Appellant. Eric A. Welter, Welter Law Firm, P.C., Herndon, Virginia, for Appellee.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chim S. Sheikh appeals the district court's order granting summary judgment for 7–Eleven, Inc. and dismissing his claims of employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Sheikh v. 7–Eleven,* No. CA–03–2270–AW (D.Md. Dec. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*